UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HOWARD COHAN,

    Plaintiff,

v.                                            Case No: 2:14-cv-330-FtM-38CM

MARIO VOCISANO and ROBERT VOCISANO, d/b/a COMFORT INN & SUITE NAPLES,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Plaintiff's Motion for Extension of Time (Doc. #9). In his Motion, Plaintiff responds to the Court's November 21, 2014, Order to Show Cause by noting that he has made several attempts to effectuate service on Defendants in accordance with Federal Rule of Civil Procedure 4(m). (Doc. #9 at 1). But those attempts have proven unsuccessful because it has come to his attention that Defendants currently reside in Canada. (Doc. #9 at 2). Therefore, Plaintiff now seeks a sixty-day extension pursuant to Rule 4(m) to effectuate service in accordance with Florida Statute § 48.181, which provides instruction for service on non-residents engaging in business in the state of Florida. (Doc. #9 at 2). Having illustrated good cause, the Court

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

grants Plaintiff until Friday, January 30, 2015, to effectuate service on Defendants or this action will be dismissed.

Accordingly, it is now

**ORDERED:**

Plaintiff has until **January 30, 2015**, to effectuate service on Defendants or this action will be dismissed without further notice.

**DONE** and **ORDERED** in Fort Myers, Florida, this 2nd day of December, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record